IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

VOICE of the EXPERIENCED, *on behalf of itself and its members*; POWER COALITION for EQUITY and JUSTICE, *on behalf of itself and its members*; and LEAGUE of WOMEN VOTERS of LOUISIANA, *on behalf of itself and its members*;

*Plaintiffs*,

v.

R. KYLE ARDOIN, *in his official capacity as Secretary of State of Louisiana*,

*Defendant*.

Civil No. 23-331

**DECLARATION OF NORRIS HENDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Pursuant to 28 U.S.C. § 1746, I, Norris Henderson, declare as follows:

1. I am competent to make this declaration.

2. I serve as the Executive Director of Voice of the Experienced ("VOTE").

3. VOTE is a nonpartisan, grassroots nonprofit organization founded and operated by formerly incarcerated people. VOTE has three chapters across Louisiana in New Orleans, Baton Rouge, and Lafayette, and advocates for the rights of people who are incarcerated and people who are formerly incarcerated in the areas of voting rights, medical rights, housing rights, and employment rights.

4. VOTE's membership is comprised of formerly incarcerated people and their family members, as well as community members. VOTE engages its membership and supporters through

direct organizing, voter education, registration drives, and know-your-rights workshops, and is considered a leader in criminal justice and voting rights reform both nationally and in Louisiana.

5. VOTE membership is not predicated upon public participation in VOTE advocacy work.

6. Many members contribute to VOTE in non-public ways – like helping with event organization, food preparation, and office tasks.

7. Not all of VOTE's members have criminal convictions, however, the list requested in discovery by the Defendant in this case would require VOTE to disclose personal information only about members who have criminal convictions.

8. Due to their criminal convictions, some of these members have struggled with finding housing and employment.

9. The public disclosure of these specific members' identifies put thems at risk of job loss and eviction.

10. Furthermore, in the Spring of 2023 there were three election in New Orleans. Myself and VOTE's deputy director, Bruce Reilly, were the subject of at least two mailers that PACs distributed throughout the City of New Orleans.

11. I have attached a copy of these two mailers to this declaration to demonstrate the attacks that VOTE public figures experience. One mailing claims that I am "not safe for the people of our community," yet I was recently honored by the New Orleans City Council for my civic accomplishments.

12. Because VOTE employees, including myself, have personally been targets of a public smear campaigns, our organization is acutely concerned about protecting our members from the same treatment, particularly when they did not consent to becoming public figures.

13.    An appropriate protective order would ensure that membership information that we provide in discovery would not adversely impact these particular members.

14.    I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed on June 20, 2023.

_____
NORRIS HENDERSON

# Did You Receive This Attack Mailer From Norris Henderson?



# What makes Norris Henderson the expert on who should be a Criminal Court Judge?





Turn to the other side to learn who Norris Henderson really is.

# Twice Convicted Murderer Norris Henderson Wants to Select Our Judges

Henry Joseph was murdered and his sister, Betty Joseph, was a key witness in the murder case against Norris Henderson.

In the months after Henry Joseph's murder, Norris Henderson "made efforts to intimidate and abduct Betty Joseph."

Henderson and his brother finally caught Betty Joseph; they "pulled her off her bike" and "started beating her." They then stood over her shooting her in the back as "she crawled on her stomach."



> a car across the street. They knocked the girl to the ground and she crawled on her stomach to the sidewalk. The two men then stood over her and began shooting her in the back. These subjects then

At just 18 years of age, Betty Joseph was murdered for daring to aid in delivering justice in the murder of her brother. While on the hospital table, Betty Joseph named Norris Henderson as her murderer with her dying breath.

**CONTINUATION SHEET (CASE) — NEW ORLEANS DEPARTMENT OF POLICE**
PAGE 10 of 19 PAGES — Offense Against Person — Murder — Betty Jean Joseph — G-21610-74

> observed Betty Joseph on the table being worked on by a staff of doctors and nurses. Betty Joseph was being attended by Dr. Boyd Hammond, who stated that her condition was critical and gave Det. Cooper permission to attempt an interview with her, as Betty Joseph was conscious and able to speak. Det. Cooper asked Betty Joseph to identify her assailants, to which she stated several times, the name "Norris Henderson. Betty Joseph also stated another name that was unintelligible. The statement of this name, Norris Henderson, was witnessed by Detective Leland Comeaux, who was present in the room. Dets. Cooper and Comeaux observed that Betty Joseph had several visible gunshot wounds. One

Let's not forget what Betty Joseph desperately tried to tell us. **Norris Henderson is not safe for the people of our community.**

Paid for by True Leadership PAC

3052 General Collins Ave.
Suite B
New Orleans, LA 70114

PRSRT STD
U.S. Postage
PAID
MP Group

21875  1 0 199

**********************ECRLOT 0061D**C007
BETHANY & LYDIA HOPEWELL
OR CURRENT RESIDENT



