UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE of the EXPERIENCED, on behalf of itself and its members; POWER COALITION for EQUITY and JUSTICE, on behalf of itself and its members; and LEAGUE of WOMEN VOTERS of LOUISIANA, on behalf of itself and its members** | **CIVIL ACTION**<br><br>**NO. 23-00331-JWD-SDJ** |
| **VERSUS** | |
| **R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana** | |

## RULING AND ORDER

This matter is before the Court on the Defendant's Rule 72(a) Objections to and Appeals of the of Magistrate Judge's Orders:

a. Doc. 39 (written order) and Doc. 40 (oral order) granting Plaintiffs' Motion To Supplement Complaint (Doc 37); and

b. Doc. 45 (order granting plaintiffs' motion for protective order (Doc 30)). The Court has reviewed Defendant's Appeal of the Magistrate Judge's Orders (Doc. 57) and the Orders of the Magistrate Judge (Docs. 39, 40 and 45). The Court finds no error of fact or law. Indeed, the Court agrees with the assessment of the Magistrate Judge.

Rule 72(a) of the Federal Rules of Civil Procedure provides that the Court shall consider objections made by the parties to a magistrate judge's ruling on a non-dispositive matter and "shall modify or set aside any portion of the magistrate's order found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); see also 28 U.S.C. § 636(b)(1)(A).

Accordingly, there being no basis for the objection to the Magistrate Judge's orders, Plaintiff's Appeal (Doc. 57) to the District Court Judge is **DENIED**, and the said orders of the Magistrate Judge are

hereby **AFFIRMED**.

Signed in Baton Rouge, Louisiana, on <u>July 28, 2023</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**