UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**OCTOBER 31, 2023**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

| | |
|---|---|
| **VOICE OF THE EXPERIENCED, ET AL** | **CIVIL ACTION** |
| | NO. 23-331-JWD-SDJ |
| **VERSUS** | |
| **R. KYLE ARDOIN** | |

The zoom hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. 21) continues.

**PRESENT:** Christopher Myron Lapinig, William Patrick Quigley, Danielle Lang, Ellen Boettcher, and Kate Uyeda
**Counsel for Plaintiffs**

Emily Posner for VOTE
M. Christian Green for League of Women Voters of Louisiana
**Corporate representatives for Plaintiffs**

Celia R. Cangelosi, Jeffrey K. Cody, Caroline M. Tomeny, Mary Ann White, and John Carroll Walsh
**Counsel for Defendant**

Sherri Hadskey
**Corporate representative for Defendant**

The Court reminds the participants of the Court's rule that any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is strictly prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Without opposition from Plaintiffs, Defendant's Motion to Withdraw (Doc. 108) the "Unopposed Motion to Amend Defendant's Exhibit List" (Doc 107) is **GRANTED**.

Plaintiffs' oral motion to designate Emily Posner in place of Norris Henderson as the corporate representative VOTE for the purpose of today's hearing is **GRANTED**, without objection from Defendant.

**Dr. Traci R. Burch** is sworn and testifies. **Dr. Burch** is qualified as an expert in the field of Felony Disenfranchisement, Race and Ethnic Politics, Political Science, Political Behavior, Barriers to Voting and Political Participation, subject to Defendant's objection.

Exhibits are filed.

The following witnesses are sworn and testify on behalf of Plaintiffs:

1. **Nziki Wilks,**
2. **Gregory Finney.**

Plaintiffs move to admit Plaintiffs' exhibits P-4, P-5, P-16, and P-18. For oral reasons assigned, the Court does not admit these exhibits at this time and takes the admission of these exhibits under advisement. Briefing will be ordered at the conclusion of today' hearing.

Plaintiffs rest.

The following witnesses are sworn and testify on behalf of Defendant:

1. **Bradley Robert Harris,**
2. **Sherri Hadskey.**

Defendant rests.

Defendant will have two-weeks from today to file a brief, not to exceed five (5) pages, opposing the admission of exhibits P-4, P-5 (remainder), P-16, and P-18. Plaintiffs will then have two (2) weeks thereafter to file a reply, limited to five (5) pages. The Court notes that a portion of P-5 was admitted through the testimony as P-42. P-42 shall be uploaded to JERS.

**IT IS FURTHER ORDERED** that once the entire transcript of the hearing[1] on

---

[1] The evidentiary hearing on Plaintiffs' Motion for Injunction was held on October 25, 2023, and October 31, 2023.

Plaintiffs' Motion for Preliminary Injunction (Doc. 21) is filed into the record, the parties will have ten (10) days to file simultaneous briefs. The simultaneous briefs shall be formatted as proposed findings of fact and conclusions of law and shall not to exceed 45 pages.  Five (5) days thereafter, each side may file a rebuttal brief, not to exceed 35 pages. Both submissions should provide **citations to specific parts of the record, including transcript pages and exhibit numbers** and shall be emailed to the courtroom deputy (Kristie_causey@lamd.uscourts.gov) as a Microsoft Word document. An example of the Court's preferred format for proposed findings of facts and conclusions of law can be found on this Court's webpage. When submitting the Microsoft Word version of briefs, counsel shall also email a pdf version of each exhibit referenced in post hearing briefs.

Pursuant to Local Rule 79 (e) 2 and 3, the party offering exhibits shall retain custody of the physical exhibits and be responsible to the Court for preserving them in their condition as of the time admitted until any appeal is resolved or the time for appeal has expired. The party retaining custody shall make such exhibits available to opposing counsel for use in preparation of an appeal and be responsible for their safe transmission to the appellate court, if required.

Counsel then presented oral argument on Defendant's Motion to Dismiss (Doc. 32).

Plaintiff's Motion to Strike and Substitute Plaintiffs' Preliminary Injunction Hearing Exhibit 38 (Doc. 109) is **DENIED,** without prejudice.  Counsel will file a motion under seal that includes the proposed filing, exhibit 38.

Signed in Baton Rouge, Louisiana, on <u>November 1, 2023</u>.

Cv 13b; T: 7:00
Reporter: Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**