UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED, ET AL**                                   **CIVIL ACTION**

**VERSUS**                                                                             **NO. 23-331-JWD-SDJ**

**R. KYLE ARDOIN**

## ORDER

Following its review of the Motion to Amend Scheduling Order (R. Doc. 156), the Court set the Motion for hearing (R. Doc. 157). United States Magistrate Judge Scott D. Johnson heard oral argument at 3:00 p.m. on **June 4, 2024**, from the following **counsel**:

| | |
|---|---|
| **Christopher Lapinig** | **Celia R. Cangelosi** |
| **Valencia Richardson** | **Mary Ann White** |
| **Ellen Boettcher** | **Caroline Tomeny** |
| **Blair S. Bowie** | Counsel for Defendant |
| **Kate Uyeda** | |
| **Reginald Thedford** | **David Jeddie Smith** |
| Counsel for Plaintiffs | Counsel for Louisiana Attorney General |

The parties presented their positions regarding an amended scheduling order. The parties agree that Plaintiffs' forthcoming amended complaint will necessitate an extension of discovery deadlines. Because a separate motion for extension of time to file that amended complaint is pending, because current discovery deadlines will expire either before or just after an amended complaint is filed,[1] and because the amended complaint will necessitate a reassessment of discovery needs,

**IT IS ORDERED** that Defendants' Motion to Amend Scheduling Order (R. Doc. 156) is **GRANTED in part.** All discovery deadlines[2] are hereby extended by 30 days to allow for

---

[1] Depending on the resolution of the Motion for Extension of Time to File Amended Complaint (R. Doc. 159).
[2] That is, fact discovery, expert discovery, and interim expert deadlines, and the dispositive and Daubert motion deadline.
C:cv25c; T: 00:30
Zoom Video Conference

resolution of Plaintiffs' request for extension of time to file their amended complaint. This is an interim measure to provide relief from imminent discovery deadlines; both the parties and the Court acknowledge that further extension will be required upon resolution of Plaintiffs' Motion for Extension and filing of the amended complaint.

Signed in Baton Rouge, Louisiana, on June 6, 2024.

*[signature: Scott Johnson]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv25c; T: 00:30
Zoom Video Conference