**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| VOICE of the EXPERIENCED, on behalf of itself and its members; POWER COALITION for EQUITY and JUSTICE, on behalf of itself and its members; and LEAGUE of WOMEN VOTERS of LOUISIANA, on behalf of itself and its members | Case: 3:23-cv-00331-JWD-SDJ |

**v.**

**R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana**

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE
PLEADING WITH REQUEST FOR EXPEDITED CONSIDERATION</u>**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Nancy Landry, in her official capacity as Secretary of State of Louisiana, who respectfully submits the following Unopposed Motion for Extension of Time to File Responsive Pleading pursuant to Local Rule 7(e).

1.

**Defendant seeks expedited consideration of her Motion for Extension of Time to File Responsive Pleading, as the current deadline is Friday, September 20, 2024, one week away.**

2.

On May 13, 2024, the District Court granted Defendant's Motion to Dismiss as to Plaintiffs' NVRA claims, dismissed those claims without prejudice, and allowed Plaintiffs "leave to amend their *Complaint* to cure the…deficiencies, if they can do so."[1] The District Court further ordered

---

[1] Doc. 155, p. 85.

that "Plaintiffs shall have twenty-eight (28) days from the Court's ruling on Defendant's *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)* (Doc. 32) in which to cure the above deficiencies regarding their NVRA claims if same can, in good faith, be cured."[2]

3.

On May 31, 2024, Plaintiffs filed a Motion to Extend Time to File Amended Complaint, which was granted by the Court on June 6, 2024, extending Plaintiffs' deadline by 88 days to September 6, 2024.[3]

4.

On September 6, 2024, Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief.[4] Pursuant to Fed. R. Civ. Pro. 15(a)(3), Defendant's response to Plaintiffs' First Amended Complaint is due Friday, September 20, 2024.

5.

Defendant seeks a 14-day extension of the deadline to Friday, October 4, 2024 for the following reasons:

6.

Counsel for Defendant represent Secretary Landry in another suit pending in this Court in which the plaintiffs also filed an amended complaint on September 6, 2024. *See Disability Rights Louisiana v. Landry, et al.,* No. 3:24-cv-00554 (M.D. La.). Counsel requires additional time in which to prepare responsive pleadings due on the same day in both suits.

---

[2] Doc. 155.
[3] Doc. 162.
[4] Doc. 168.

7.

Additionally, as a result of Hurricane Francine, counsel's offices were closed on September 11, 2024 and all state offices, including the Department of State, were closed on September 11 and 12.

8.

Finally, counsel for Defendant have prior commitments outside of the office several days during the week of September 16, 2024, including, but not limited to, attorney Caroline Tomeny, who has been summonsed for jury duty in the 19th Judicial District Court, Parish of East Baton Rouge.

9.

Therefore, Defendant has good cause for requesting a 14-day extension of time to respond to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief.

10.

Pursuant to Local Rule 7(e), undersigned counsel contacted Plaintiffs' counsel, who indicated that that Plaintiffs do not oppose Defendant's request for a 14-day extension of time to respond to Plaintiffs' Amended Complaint, "provided that you agree to an equal extension of one week for our response to your pleading." Defendant has no objection to an extension of one week for Plaintiffs to respond to Defendant's responsive pleadings, should Plaintiffs request an extension.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests a 14-day extension of time to October 4, 2024 to file a responsive pleading to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief.

Respectfully submitted:

/s/ Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
7914 Wrenwood Blvd, Suite D
Baton Rouge, LA 70809
Telephone: (225) 231-1453
Email: celiacan@bellsouth.net

SHOWS, CALI, & WALSH, LLP
/s/ John C. Walsh
John C. Walsh (La. Bar No. 24903)
john@scwllp.com
Jeffrey K. Cody (La. Bar No. 28536)
jeffreyc@scwllp.com
Mary Ann M. White (La. Bar No. 29020)
maryannw@scwllp.com
Caroline M. Tomeny (La. Bar No. 34120)
caroline@scwllp.com
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2024, a copy of the foregoing has on this date been served upon all counsel of record via CM/ECF system and has been filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Caroline M. Tomeny
Caroline M. Tomeny

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

VOICE of the EXPERIENCED, on behalf of        Case: 3:23-cv-00331-JWD-SDJ
itself and its members; POWER COALITION
for EQUITY and JUSTICE, on behalf of itself
and its members; and LEAGUE of WOMEN
VOTERS of LOUISIANA, on behalf of itself
and its members

          v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana

## <u>ORDER</u>

Considering the foregoing *Unopposed Motion for Extension of Time to File Responsive Pleading* filed by Defendant, Nancy Landry in her official capacity as Secretary of State of Louisiana,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED** and that Defendant shall be given a 14-day extension to October 4, 2024 to file a responsive pleading to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (Doc. 168).

Baton Rouge, Louisiana, this _____ day of _____, 2024.


_____
The Honorable Scott D. Johnson
United States Magistrate Judge
Middle District of Louisiana

5