UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**VOICE OF THE EXPERIENCED,**
*on behalf of itself and its members,* **ET AL.**

**VERSUS**

**R. KYLE ARDOIN,** *in his official capacity as Secretary of State of Louisiana*, **ET AL.**

**CIVIL ACTION**

**NO. 23-331-JWD-SDJ**

## ORDER

This matter comes before the Court on the *Motion to Strike and Motion to Dismiss Plaintiffs' First Amended Complaint* ("*MTS*" and "*MTD*") (Doc. 176) filed by defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana ("Defendant," "Secretary of State," or "Landry").[1] Plaintiffs Voice of the Experienced ("VOTE"), Power Coalition for Equity and Justice ("PCEJ" or "Power Coalition") and League of Women Voters of Louisiana ("the League") (collectively, "Plaintiffs") oppose the motions. (Doc. 180.) Defendant filed a reply. (Doc. 181.) Oral argument is not necessary. The Court has carefully considered the law, the facts in the record, and the arguments and submissions of the parties and is prepared to rule. For written reasons to be assigned,

**IT IS ORDERED** that the *Motion to Strike and Motion to Dismiss Plaintiffs' First Amended Complaint* (Doc. 176) filed by defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the *Motion to Strike* is **DENIED**.

---

[1] Plaintiffs originally named former Secretary of State of Louisiana R. Kyle Ardoin as a defendant in this matter. Louisiana has elected a new Secretary of State since the filing of Plaintiffs' initial complaint. Pursuant to Federal Rule of Civil Procedure 25(d), Louisiana's new Secretary of State, Nancy Landry, has automatically taken the place of former Secretary of State R. Kyle Ardoin as a defendant in this matter. (See also Doc. 140 (Defendant's Notice of Substitution).)

**IT IS FURTHER ORDERED** that the *Motion to Dismiss* is **GRANTED** as to Counts One, Two, and Five of Plaintiffs' *First Amended Complaint for Declaratory and Injunctive Relief* (Doc. 168). These counts will be dismissed with prejudice.

**IT IS FURTHER ORDERED** that the *Motion to Dismiss* is **DENIED** in all other respects.

Signed in Baton Rouge, Louisiana, on September 25, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**