# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VOICE of the EXPERIENCED, *on behalf of itself and its members*; POWER COALITION for EQUITY and JUSTICE, *on behalf of itself and its members*; and LEAGUE of WOMEN VOTERS of LOUISIANA, *on behalf of itself and its members*;<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, *in her official capacity as Secretary of State of Louisiana*,<br><br>*Defendant*. | Civil No. 3:23-cv-00331-JWD-SDJ |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO EXTEND EXPERT REPORT DEADLINE

This Court, having considered Plaintiffs' Motion for Leave to Extend Expert Report Deadline, hereby **ORDERS**:

The Motion is **GRANTED**. Plaintiffs' deadline to submit their expert report will be January 29, 2026. Defendant's deadline to submit her expert report will be March 12, 2026. Defendant's disclosure of identities and resumés of experts will be due February 12, 2026.

SO ORDERED this ___ day of January, 2026.

                                                                               HON. SCOTT D. JOHNSON
                                                                               United States Magistrate Judge