UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VOICE OF THE EXPERIENCED, ET AL                    CIVIL ACTION

VERSUS

                                                   NO. 23-331-JWD-SDJ

R. KYLE ARDOIN

## ORDER

In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1.    The deadline to join other parties or to amend the pleadings is **Expired.**

2.    Discovery must be completed as follows:

      a.    Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **Expired.**

      b.    **Filing** all discovery motions and **completing** all discovery except experts: **Expired.**[1]

      **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

      c.    Disclosure of identities and resumés of experts:

            **Plaintiff(s):**          **Expired.**

            **Defendant(s):**          **Expired.**

      d.    Expert reports must be submitted to opposing parties as follows:

            **Plaintiff(s):**          **Expired.**

            **Defendant(s):**          **Expired.**

      e.    Discovery from experts must be completed by:  **Expired.**

---

[1] The parties have until May 6, 2026, to file a motion regarding on-going Discovery disputes highlighted in R. Doc. 235.

3.      Deadline to file dispositive motions and Daubert motions: **June 4, 2026.**

4.      Deadline to file pre-trial order: **November 2, 2026.**[2]

Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.

5.      Deadline to file motions in limine: **November 30, 2026.**

6.      Deadline to file an affidavit of settlement efforts: **December 14, 2026.**

7.      Pre-trial conference date: **November 19, 2027, at 1:30 p.m.** by Zoom before the Honorable John W. deGravelles.

8.      Deadline to file Proposed Findings of Fact and Conclusions of Law and trial briefs: **January 4, 2027.**

**The information regarding the Honorable John W. deGravelles' pretrial order may be found on the court's website at (**https://www.lamd.uscourts.gov**) under "Judges' Info."**

9.      A **4-day bench trial** is scheduled for **beginning on January 19, 2027, in Courtroom 1.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.  Joint, agreed, or unopposed motions to extend scheduling order deadlines will not be granted automatically.  All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

Pursuant to Local Civil Rule 16(c), whenever a civil case is settled or otherwise disposed of, counsel shall **immediately** file a **Joint Notice of Settlement**, signed by counsel for Plaintiff, into the record. Additionally, counsel shall **immediately** inform the Clerk's office, the Judge to whom the case is assigned, and shall comply with LR45(b) relative to all persons subpoenaed as witnesses. If a civil case is settled as to fewer than all of the parties or all of the claims, the Joint Notice shall also set forth the remaining parties and unsettled claims. The Joint Notice may also include a request for a conditional order of dismissal, allowing for reinstatement of the matter if the settlement is not consummated within the time stated in the order of dismissal.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (https://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3592 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on April 14, 2026.

_____

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**