## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOICE OF THE EXPERIENCED, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-331-JWD-SDJ** |
| **R. KYLE ARDOIN** | |

## ORDER

Following review of Plaintiffs' Motion to Compel Defendant's Response to Plaintiffs' Second Set of Interrogatories and Motion for Expedited Briefing (R. Doc. 241), the undersigned heard oral argument at 2:00 p.m. on **April 28, 2026**, from the following counsel:

| | |
|---|---|
| **Daniel S. Lenz** | **Caroline Tomeny** |
| **Valencia Richardson** | **Celia R. Cangelosi** |
| **Ellen Boettcher** | **Mary Ann White** |
| **Kate Uyeda** | *Counsel for Defendant* |
| **Blair S. Bowie** | |
| **William Quigley** | |
| *Counsel for Plaintiffs* | |

The parties presented their positions regarding the pending Motion. Because the parties did not sufficiently meet and confer pursuant to Rule 37 prior to Plaintiffs' filing of the Motion, the Motion was denied without prejudice. The undersigned instructed the parties to meet and confer in good faith to reach a resolution regarding Plaintiffs' Second Set of Interrogatories.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Compel Defendant's Response to Plaintiffs' Second Set of Interrogatories and Motion for Expedited Briefing (R. Doc. 241) is **DENIED without prejudice** for failure to meet the conference requirements mandated in Rule 37.

C:cv25c; T: 00:30
Zoom Video Conference

**IT IS FURTHER ORDERED** that the parties have until **May 5, 2026,** to file any subsequent motion if the parties cannot reach a resolution regarding Plaintiff's Second Set of Interrogatories.

Signed in Baton Rouge, Louisiana, on April 28, 2026.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv25c; T: 00:30
Zoom Video Conference