# Exhibit 7

## CV of Dr. Thomas L. Brunell

Thomas L. Brunell
Professor of Political Science
School of Economic, Political and Policy Sciences
The University of Texas at Dallas
800 W. Campbell Road
Richardson, TX 75080
972-883-4963
tbrunell@utdallas.edu

**Education**
Ph.D., 1997 Political Science, University of California, Irvine
M.A., 1993 Political Science, University of California, Irvine
B.A., 1991 Political Science, University of California, Irvine

**Employment History**
The University of Texas at Dallas, Interim Director for the Texas Schools Project.

The University of Texas at Dallas, Program Head for Political Science and Public Policy
Political Economy, 2019-205.

The University of Texas at Dallas. Professor, 2009-present.

The University of Texas at Dallas, Senior Associate Dean, 2010-2012.

The University of Texas at Dallas, Director of Graduate Studies, Political Science
Program 2007-2010.

The University of Texas at Dallas. Associate Professor, 2005-2009.

Northern Arizona University. Assistant Professor of Political Science, 2003-2005.

Binghamton University, SUNY. Assistant Professor of Political Science, Fall 1999–2003.

American Political Science Association Congressional Fellow, 1998–1999.

**Grants and Awards**
"Nursing in the Field: Vector-borne Illness Prevention and Detection Among Migrant
and Seasonal Farmworkers." Co-PIs: Sarah Maxwell and Thomas Brunell.  $50,000 from
the Rita & Alex Hillman Foundation.

Visiting Fellowship, Australian National University, $10,000, Summer 2014

Visiting Fellowship, University of Sydney, United States Studies Centre and The
Election Integrity Project, $10,000, Winter 2013.

EPPS Advisory Board Grant, $5,000 for research on Redistricting. 2014.

1

Intramural Grants Program, Northern Arizona University. $5,000 for a study on the impact of redistricting on House elections. Summer 2004.

Deans Workshop Grant, "Methods and Politics," $3000, 2002-2003, with David Clark, David Rueda and Wendy Martinek.

Deans Workshop Grant, "Democratic Institutions, Preference Aggregation and World Politics," $4000, 2001-2002, with David Clark and Patrick Regan.

Dean's Research Semester Award. Binghamton University, 2001-2002.

American Political Science Association Congressional Fellowship, 1998–99

Order of Merit. Outstanding Graduate Scholarship. School of Social Sciences, University of California, Irvine, 1996-1997

University of California Regents Dissertation Fellowship, Spring 1997.

Scaife Foundation Fellowship to attend ICSPR summer statistical program, 1993.

**Books**
Merrill, Samuel III, Bernard Grofman, and Thomas L Brunell. 2023. *How Polarization Begets Polarization: Ideological Extremism in the US Congress*. Oxford: Oxford University Press.

Brunell, Thomas, Robert Lowry, Banks Miller, and Thomas Gray. 2021. *Introduction to American Government*. Toronto: TopHat.

Brunell, Thomas, Robert Lowry, Banks Miller, and Thomas Gray. 2021. *Introduction to State and Local Government*. Toronto: TopHat.

Brunell, Thomas L. 2008. *Redistricting and Representation: Why Competitive Elections are Bad for America*. New York: Routledge.

**Journal Articles**
Lublin, David, Lisa Handley, Thomas L. Brunell, and Bernard Grofman. 2020. "Minority Success in Non-Majority Minority Districts: Finding the 'Sweet Spot'". *Journal of Race, Ethnicity, and Politics*. 5: 275-298.

Brunell, Thomas L. and Brett Cease. 2019. "How Do State-Level Environmental Policies Impact the Voting Behavior of National Legislators?" *Social Science Quarterly* 100(1): 289-306.

Brunell, Thomas L. and Bernard Grofman. 2018. "Using US Senate Delegations from the Same State as Paired Comparisons: Evidence for a Reagan Realignment." PS:

2

Political Science & Politics. 51(3): 512-516.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016.  "Components of Party Polarization in the U.S. House of Representatives." *Journal of Theoretical Politics* 28(4): 598-624.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016.  "Replacement in U.S. House: An Outlier-Chasing Model." *Party Politics* 22(4): 427-439.

Brunell, Thomas L., Bernard Grofman, and Samuel Merill, III. 2016.  "The Volatility of Median and Supermajoritarian Pivots in the U.S. Congress and The Effects of Party Polarization", *Public Choice,* 166: 183-204.

Bowler, Shaun, Thomas Brunell, Todd Donovan, and Paul Gronke. 2015. "Election Administration and perception of Fair Elections." *Electoral Studies* 38(June): 1-9.

Brunell, Thomas L. and Whitney Ross Manzo. 2014. "The Impact of Cox v. Larios on State Legislative Population Deviations." Election Law Journal 13(3): 351-361.

Merrill, Samuel, III, Thomas L. Brunell, and Bernard Grofman. 2014.  "Modeling the Electoral Dynamics of Party Polarization in Two-Party Legislatures." *Journal of Theoretical Politics* 26(4): 548-572.

Stone Sweet, Alec and Thomas L. Brunell. 2013. "Trustee Courts and the Judicialization of International Regimes: The Politics of Majoritarian Activism in the European Convention on Human Rights, the European Union, and the World Trade Organization. *Journal of Law and Courts* 1(1): 61- 88.

Brunell, Thomas L. 2012. "The One Person, One Vote Standard in Redistricting: The Uses and Abuses of Population Deviations in Legislative Redistricting. *Case Western Reserve Law Review* 62(4): 1057- 1077.

Grofman, Bernard, Thomas L. Brunell, and Scott L. Feld. 2012. "Towards a Theory of Bicameralism: The Neglected Contributions of the Calculus of Consent." *Public Choice* 152(1-2): 147-161.

Brunell, Thomas L., Bernard Grofman, Samuel Merrill III. 2012. "Magnitude and Durability of Electoral Change: Identifying Critical Elections in the U.S. Congress, 1854-2010. *Electoral Studies* 31(4): 816-828.

Stone Sweet, Alec and Thomas L. Brunell. 2012. "The European Court of Justice, State Non-Compliance, and the Politics of Override." *American Political Science Review* 106(1): 204-213.

Brunell, Thomas L. and Harold Clarke. 2012. "Who Wants Electoral Competition and Who Wants to Win?" *Political Research Quarterly* 65(1): 124-137.

3

Merrill, Samuel, Bernard Grofman, and Thomas L. Brunell. 2011. "Do British Politics Exhibit Electoral Cycles?" *British Journal of Political Science* 41(1): 33-55.

Smith, David and Thomas L. Brunell. 2010. "Are Special Elections to the U.S. House a General Election Barometer?" *Legislative Studies Quarterly* 35(2): 283-297.

Lublin, David, Thomas L. Brunell, Bernard Grofman, and Lisa Handley. 2009. "Has the Voting Rights Act Outlived Its Usefulness? In a Word 'No'." *Legislative Studies Quarterly* 34(4): 525-554.

Adams, James, Thomas Brunell, Bernard Grofman, and Samuel Merrill, III. 2010. "Why Candidate Divergence Should be Expected to be Just as Great (or even Greater) in Competitive Seats as in Non-Competitive Ones." *Public Choice* 145: 417-433.

Brunell, Thomas L., Chetan Dave, and Nicholas C. Morgan. 2009. "Factors Affecting the Length of Time a Jury Deliberates: Case Characteristics and Jury Composition." *Review of Law & Economics*, 5(1): article 23.

Brunell, Thomas L. and Justin Buchler. 2009. "Ideological Representation and Competitive Congressional Elections." *Electoral Studies* 28(3): 448-457.

Brunell, Thomas L. and Bernard Grofman. 2009. "Testing Since Versus Strategic Split-ticket Voting at the Aggregate Level: Evidence from Split House-President Outcomes, 1900-2004." *Electoral Studies*, 28(1): 62-69.

Brunell, Thomas L., Christopher J. Anderson, and Rachel Cremona. 2008 "Descriptive Representation, District Demography, and Attitudes Toward Congress Among African Americans." *Legislative Studies Quarterly*. 33(2): 223-244.

Merrill, Samuel, Bernard Grofman, and Thomas L. Brunell. 2008. "Cycles in American National Electoral Politics, 1854-2006: Statistical Evidence and an Explanatory Model." *American Political Science Review*, 102(1) 1-17.

Thomas L. Brunell. 2006. What to Do about Turnout Bias in American Elections? *The American Review of Politics*, 27(Fall): 255-260.

Brunell, Thomas L. 2006. "Rethinking Redistricting: How Drawing Uncompetitive Districts Eliminates Gerrymanders, Enhances Representation, and Improves Attitudes Toward Congress." *PS: Political Science & Politics*, 39(1) 77-86.

Brunell, Thomas L. 2005. "The Relationship Between Political Parties and Interest Groups: Explaining Patterns of PAC Contributions to Candidates for the U.S. Congress." *Political Research Quarterly*, 58: 681-688.

Solowiej, Lisa, and Wendy Martinek, and Thomas L. Brunell. 2005. "Partisan Politics:

4

The Impact of Party in the Confirmation of Minority and Female Federal Court Nominees." *Party Politics*, 11: 557-577.

Brunell, Thomas L. and John DiNardo. 2004. "A Propensity Score Reweighting Approach to Estimating the Partisan Effects of Full Turnout in American Presidential Elections." *Political Analysis* 12(1): 28-45.

Solowiej, Lisa and Thomas L. Brunell. 2003. "The Entrance of Women to the U.S. Congress: The Widow Effect." *Political Research Quarterly* 56(3): 283-292.

Brunell, Thomas L. 2001. "Why There is Still a Controversy About Adjusting the Census." *PS: Political Science & Politics*, 35(1, March): 85.

Brunell, Thomas L. 2001. "Census 2000 – Epilogue." *PS: Political Science & Politics*, 34(4, December): 813-814.

Brunell, Thomas L. 2001. "Science and Politics in the Census." *SOCIETY* 39(1): 11-16.

Brunell, Thomas L. and Amihai Glazer. 2001. "Rational Response to Irrational Attitudes: The Level of the Gasoline Tax in the U.S. States." *The Journal of Policy Analysis and Management* 20(4): 761-764.

Brunell, Thomas L. 2000. "Redistricting in the 'Aughts': The Impact of Census 2000. *The American Review of Politics* 21(Winter): 347-366.

Grofman, Bernard, William Koetzle, Samuel Merrill, and Thomas L. Brunell. 2001. "Changes in the Location of the Median Voter in the U.S. House of Representatives, 1963-1996." *Public Choice* 106:221-232.

Brunell, Thomas L. 2000. "Using Statistical Sampling to Estimate the U.S. Population: The Methodological and Political Debate Over Census 2000." *PS: Political Science & Politics*. 33(4, December): 775-782.

Brunell, Thomas L. 2000. "Rejoinder to Anderson and Fienberg." *PS: Political Science & Politics*. 33(4, December): 793-794.

Brunell, Thomas L. 2000. "Making Sense of the Census: It's Political." *PS: Political Science & Politics*. 33(4, December): 801-802.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration: A Researcher's Guide to the Data Set on Preliminary References in EC Law, 1958–98." *European Law Journal* 6(2): 117 - 127.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration." *Swedish Journal of European Law* 3(2):179–192.

5

Grofman, Bernard, William Koetzle, Michael McDonald, and Thomas L. Brunell. 2000. "A New Look at Split Ticket Outcomes for House and President: The Comparative Midpoints Model." *Journal of Politics* 62(1, February): 35-50.

Brunell, Thomas L. and William Koetzle. 1999. "A Divided Government Based Explanation for the Decline in Resignations from the U.S. Senate, 1834-1996." *Party Politics* 5(October, 4): 497-505.

Brunell, Thomas L. 1999. "Partisan Bias in U.S. Congressional Elections. Why the Senate is Usually More Republican than the House of Representatives." *American Politics Quarterly* 27(July,3): 316-37.

Grofman, Bernard, Samuel Merrill, Thomas L. Brunell, and William Koetzle. 1999. "The potential electoral disadvantages of a catch-all party - Ideological variance among Republicans and Democrats in the 50 U.S. States." *Party Politics* 5(April,2):199-210.

Brunell, Thomas L., William Koetzle, John DiNardo, Bernard Grofman, and Scott L. Feld. 1999. "The $R^2$ = .93. Where Then Do They Differ? Comparing Liberal and Conservative Interest Group Ratings." *Legislative Studies Quarterly* 24(February,1): 87-99.

Merrill, Samuel, Bernard Grofman, Thomas L. Brunell, and William Koetzle. 1999. "The power of ideologically concentrated minorities." *Journal of Theoretical Politics* 11(January,1):57-74.

Brunell, Thomas L. and Bernard Grofman. 1998. "Explaining Divided Senate Delegations 1788-1996: A Realignment Approach." *American Political Science Review* 92(June,2): 391-99.

Stone Sweet, Alec and Thomas L. Brunell. 1998. "Constructing a Supra-National Constitution: Dispute Resolution and Governance in the European Community." *American Political Science Review* 92(March,1): 63-81.

Stone Sweet, Alec and Thomas L. Brunell. 1998. "The European Court and the National Courts: A Statistical Analysis of Preliminary References, 1961-95." *The Journal of European Public Policy* 5(March): 66-97.

Grofman, Bernard, Thomas L. Brunell, and William Koetzle. 1998. "Why Gain in the Senate. But Midterm Loss in the House? Evidence from a Natural Experiment." *Legislative Studies Quarterly* 23(February): 79-89.

Grofman, Bernard, Thomas L. Brunell, and Janet Campagna. 1997. "Distinguishing the Difference Between Swing Ratio and Bias: the U.S. Electoral College." *Electoral Studies* 16(December,4):471-487

Grofman, Bernard, William Koetzle, and Thomas L. Brunell. 1997. "An Integrated

6

Perspective on the Three Potential Source of Partisan Bias: Malapportionment, Turnout Differences, and the Geographic Distribution of Party Vote Shares." *Electoral Studies* 16(December, 4):457-470.

Brunell, Thomas and Bernard Grofman. 1997. "The 1992 and 1996 Presidential Elections: Whatever Happened to the Republican Electoral College Lock?" *Presidential Studies Quarterly* Winter: 134-38.

Wuffle, A, Thomas Brunell, and William Koetzle. 1997. "Death Where is Thy Sting: The U.S. Senate as a Ponce (de Leon) Scheme." *PS:Political Science and Politics* 30 (1): 58-59.
Reprinted in the *Journal of Irreproducible Results* 1999. 44(5-6): 25-26.

Koetzle, William, and Thomas L. Brunell. 1996. "Lip-Reading, Draft-Dodging, and Perot-noia: The 1992 Presidential Campaign in Editorial Cartoons." *Harvard International Journal of Press/Politics* 1(4): 94-115.

**Book Chapters and Other Articles**
Brunell, Thomas L. 2020. "Congress," In *An Introduction to American Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Elections," In *An Introduction to American Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Legislatures," In *State and Local Government*, Toronto: TopHat.

Brunell, Thomas L. 2020. "Congressional Reapportionment". In *Voting and Political Representation in America,* Mark P. Jones, Editor. Santa Barbara, CA: ABC-CLIO, pp 110-112.

Brunell, Thomas L. 2020. "Gerrymandering". In *Voting and Political Representation in America,* Mark P. Jones, Editor. Santa Barbara, CA: ABC-CLIO, pp 249-251.

Adams, James, Thomas L. Brunell, Bernard Grofman, and Samuel Merrill III. 2013. "Do Competitive Districts Necessarily Produce Centrist Politicians." In Advances in Political Economy. Norman Schofield, Gonzalo Caballero, and Daniel Kselman, eds. New York: Springer, pp 331-350.

Wuffle, A, Thomas Brunell, and William Koetzle. 2010. "Death Where is Thy Sting? The Senate as a Ponce (de Leon) Scheme." Eds. Lee Sigelman, Kenneth Newton, Kenneth J. Meier, and Bernard Grofman. Washington D.C.: APSA and ECPR.

Grofman, Bernard and Thomas L. Brunell. 2010. "Redistricting," in *The Oxford Handbood of American Elections and Political Behavior,* ed. Jan E. Leighly. Oxford: Oxford University Press.

7

Brunell, Thomas L. 2009. "The presidential and congressional election in the USA, November 2008." *Electoral Studies,* 28(4): 322-325.

Brunell, Thomas L. and Bernard Grofman. 2008. "The Partisan Consequences of Baker v. Carr and the One Person, One Vote Revolution," in *Redistricting in Comparative Perspective*, Lisa Handley and Bernard Grofman, eds. Oxford: Oxford University Press.

Brunell, Thomas L. and Bernard Grofman. 2008. "Evaluating the Impact of Redistricting on District Homogeneity, Political Competition, and Political Extremism in the U.S. House of Representatives, 1962-2006." In *Designing Democratic Governments,* Margaret Levi, James Johnson, Jack Knight, and Susan Stokes, eds.  New York: Russell Sage Publications.

Grofman, Bernard and Thomas Brunell. 2006. "Extending Section 5 of the Voting Rights Act: The Complex Interaction Between Law and Politics." In *The Future of the Voting Rights Act*, David Epstein, Rodolfo O. de la Garza, Sharyn O'Halloran, and Richard H. Pildes, eds. New York, NY: Russell Sage Publications.

Grofman, Bernard and Thomas Brunell. 2005. "The Art of the Dummymander: The Impact of Recent Redistrictings on the Partisan Makeup of Southern House Seats." In Galderisi, Peter (Ed.) Redistricting in the New Millennium. New York: Lexington Books, pp. 183-199.

Brunell, Thomas L. 2004. "Seeking to Institutionalize a Partisan Electoral Advantage: The Battle Over the Census." *War Stories from Capitol Hill*. Edited by Paul S. Herrnson and Colton C. Campbell. Upper Saddle River, New Jersey: Prentice Hall.

Brunell, Thomas L. 2001. "Congress and the Courts: The Strange Case of Census 2000." In *Congress Confronts the Court,* edited by Colton C. Campbell and John F. Stack, Jr.. Lanham, MD: Rowman and Littlefield Press.

Grofman, Bernard and Thomas L. Brunell. 2001. "Explaining the Ideological Differences Between the Two U.S. Senators Elected from the Same State: An Institutional Effects Model." Galderisi, Peter F., Marni Ezra, and Michael Lyons, eds. *Congressional Primaries and the Politics of Representation*. Lanham, MD: Rowman and Littlefield Press.

**Other Publications and Community Involvement**
Op-ed "Democrats should focus on state races this year and save their chips for 2020."  Dallas Morning News, July 7, 2018.  Co-authored with Paul Diehl.

Quoted in DMN "At 85, Rep. Sam Johnson has rivals' respect — but still has rivals" by Elizabeth Koh, Feb 15, 2016.

Quoted in:
http://www.foxbusiness.com/politics/2016/02/25/last-stand-in-texas-for-cruz-before-super-tuesday.html

Interview for WRLD on Feb 27, March 1, March 2 and thoughout march and april

Interview KRLD on Oct 18 about vote rigging and presidential election

KRLD Oct 25 interview early turnout

Oct 26 Interviewed on Channel 8 news about future of GOP

Appeared on McQuisition television show.  May 20, 2012. "Redistricting: Do you Know Who Your Congressman is?"

Newsweek story on special elections
http://www.thedailybeast.com/articles/2011/09/12/david-weprin-vs-bob-turner-the-race-to-replace-anthony-weiner.html

Nate Silver story on special elections, NY Times
http://fivethirtyeight.blogs.nytimes.com/2011/09/13/a-guide-to-cutting-through-special-election-spin/

Appeared on McQuisition TV Show; local PBS talk show. Two episodes, one on the Tea Party and one on the 2010 Election.

Quoted in an Associate Press article "Vulnerable House Dems declare their independence," by Cristina Silva, September 25, 2010.

Appeared on *Think* with Krys Boyd on KERA Channel 13 (Dallas) talking about my book.

I wrote the feature op-ed for the Dallas Morning News on June 3, 2008.
http://www.dallasnews.com/sharedcontent/dws/dn/opinion/viewpoints/stories/DN-brunell_03edi.ART.State.Edition1.45fe223.html

Quoted extensively in a Huffington Post story by Tom Edsall on political cycles.
http://www.huffingtonpost.com/2008/06/24/obama-rides-the-wave_n_108848.html

Appeared on local radio station (KRLD 1080 am) as a guest political commentator for a 3 hour election wrap up program for the Texas presidential primary election, March 4, 2008.

Was one of four invited speakers, including one member of Congress, at North Central Texas College's 2nd Annual Conference on American Leadership, April 12, 2008, where I spoke about redistricting and representation.

9

My research on cycles in American electoral politics was featured on Discovery's website http://dsc.discovery.com/news/2008/03/13/political-cycles.html

Quoted in Pittsburgh Tribune Review on Thursday March 27 about jury deliberations. http://www.pittsburghlive.com/x/pittsburghtrib/news/cityregion/s_559258.html

Quoted in Philadelphia Inquirer on Wednesday April 2 about jury deliberations. http://www.philly.com/philly/news/local/17215627.html

My research with Patrick Brandt involving predicting the 2006 Congressional elections was quoted extensively in an article U.S. News and World Report.

Wrote an op-ed for Newsday (New York) on the impact of timing of events for presidential elections. Published 1/4/04. This was reprinted in the Dodge City Daily Globe (Kansas) on 1/8/04 and in the Chattanooga Times Free Press (Tennessee) on 1/25/04.

Spoke to Pi Sigma Alpha meeting on the Presidential Primary Process, February 2004.

Delivered a speech to the League of Women Voters of Broome and Tioga Counties entitled "Redistricting after Census 2000: Playing Political Hardball." September 25, 2001

Appeared as an hour long guest on NPR's "Talk of the Nation" to discuss the decennial census. March 7, 2001.

Stone Sweet, Alec and Thomas L. Brunell. 2000. "The European Court, National Judges, and Legal Integration: A Researcher's Guide to the Data Set on Preliminary References in EC Law, 1958–98." Working paper. Robert Schuman Centre for Advanced Studies. European University Institute.

Brunell, Thomas L. and Amihai Glazer. 1999. "Evidence for the Irrationality of Governmental Policy." Working paper, Center for the Study of Democracy, U.C. Irvine.

Stone Sweet, Alec and Thomas L. Brunell. 1997. "The European Court and the National Courts: A Statistical Analysis of Preliminary References, 1961-95." Working paper 14/97, Jean Monnet Center, Harvard Law School.

Appeared on News Channel 34 (ABC) on 11/12/00 discussing the process by which we amend the constitution.

Appeared on Fox 40 on election night 11/7/00 as an analyst discussing the election.

Appeared on WBNG TV (CBS) on 11/2/00 discussing voter fatigue.

Appeared on News Channel 34 (ABC) on 11/2/00 discussing the Electoral College.

10

Quoted in Press and Sun-Bulletin on 10/14/00 in an article about the 26th district Congressional election in New York.

Appeared on WBNG TV (CBS) with students in my class discussing the second Clinton/Lazio debate, 10/8/00.

Appeared on News Channel 34 (ABC) discussing Presidential debate, 10/4/00

Appeared on News Channel 34 (ABC) discussing Presidential debate, 10/3/00

Appeared on News Channel 34 (ABC) discussing the 2000 NY Senatorial primary, 9/12/00.

Appeared on WBNG TV (CBS) News discussing the 2000 presidential primaries. March 7,2000.

Appeared on WBNG TV (CBS) News discussing Census 2000 and its likely impact on New York. January 20, 2000.

Appeared on WBNG TV (CBS) and News Channel 34 (FOX) talking about turnout in local elections. October 2, 1999.

Brunell, Thomas L. "Accurate Census Count Vital for New York." The Press & Sun–Bulletin. July 25, 1999. Page 6E.

**Invited Talks**
Census 2020
Triple Play: Election 2018, Census 2020, and Redistricting 2021.  Conference at University of Houston, Dec. 7 2018

Census 2020 and Redistricting
Common Cause Democracy Works Summitt
Philadelphia, May 21, 2018

Keynote on Redistricting
North Carolina State Political Science Associate Meeting. Raleigh, NC Feb 23, 2018

Reforming Redistricting
Political Discourse Conference, University of Iowa, December 4, 2015

"The Impact of Competitiveness on Attitudes Towards Government, a Comparative Perspective." Australian National University, August 21, 2015.

"Asymmetrical Polarization in the U.S. Congress" Australian National University, July 14th, 2015.

11

"Population Deviations: A Subtle Form of Gerrymandering in the U.S. States" March 2014, The University of Sydney, Electoral Integrity Project.

"The Uses and Abuses of Population Deviations in State Legislative Redistricting." Case Western Law School, November 4, 2011.

Why Electoral Competition is Bad for America
Political Science Department at Duke University. February 10, 2009.

"Why We Need Fewer Competitive Elections in the U.S. House of Representatives." Department of Government, University of Texas, Austin, January 27, 2006.

"Why Fewer Competitive Elections are Better in Single Member District Electoral Systems." May 27, 2005, Nuffield College, Oxford University.

"Parsing Sincere Versus Strategic Interest Group Behavior: Explaining Patterns of Hard Money Contributions to Candidates for the U.S. Congress." January 9, 2003, Dept. of Political Science UC Riverside.

"Party Polarization and Divided Government." American Politics Research Group, University of North Carolina, Chapel Hill. December 1, 2000.

"The Politics of Census Taking in the United States. Nuffield College, Oxford University, September 28, 1999.

"The Statistical Adjustment of the 2000 U.S. Census. The George Washington University, June, 1999.

**Conference Activity**
"Assessing Proportionality as a Standard for Redistricting" Presented at the Annual Meeting of the Western Political Science Association, San Diego, CA, April 2019.

"Assessing Proportionality as a Standard for Redistricting" Presented at the Annual Meeting of the Southern Political Science Association, Austin, TX, January 2019.

"Do Environmental State Policies Impact National Legislators' Voting Behavior?"
T. Brunell and B. Cease. Presented at American Political Science Association, San Francisco, August 3-Sepember 3, 2017

"Democratic Renewal: The Positive Effects of Elections on Voters Attitudes Towards Government." T. Brunell, S. Bowler, T. Donovan, J. Karp
Presented at Southern Political Science Association, San Juan, Puerto Rico, January 7-10, 2016.

"State Election Administration and Voters' Perceptions of Electoral Integrity."

12

T. Brunell, S. Bowler, T. Donovan, P. Gronke
Presented at State Politics and Policy Conference, Sacramento, CA

"Electoral Engineering and the Representation of Underrepresented Groups"
Elin Bjarnegard, Thomas L. Brunell, and Par Zetterberg
Annual Meeting of American Political Science Association, San Francisco, August 2015

"Median and Supermajoritarian Pivots in Congress and Conditional Party Government"
Thomas L. Brunell and Samuel Merrill, III
Annual Meeting of American Political Science Association, San Francisco, August 2015

"Election Reforms and Perceptions of Fair Elections."
Shaun Bowler, Thomas Brunell, Todd Donovan, and Paul Gronke
State Politics and Policy Conference, Sacremento CA, May 2015.

"Replacement Effects and the Slow Cycle of Ideological Polarization in the U.S. House."
Presented at the Annual Meeting of the American Political Science Association,
Washington D.C., September 2010.

"Putting Critical Elections in Historical Perspective"
Thomas L. Brunell, Samuel Merrill III, and Bernard Grofman
Midwest Political Science Association Annual Meeting.  Chicago, IL April 2-5, 2009.

"Do Special Elections Foretell the Results of General Election Outcomes in the U.S.
House of Representative." Thomas L. Brunell and David Smith
Midwest Political Science Association Annual Meeting.  Chicago, IL April 2-5, 2009.

"Who Wants Electoral Competition and Who Wants to Win?" With Harold Clarke.
Presented at the Annual Meeting of the Midwestern Political Science Association,
Chicago, April, 2008.

"The Impact of Electoral Competitiveness on Voters's Attitudes Toward Government:
Evidence from the U.S., Great Britain, and Canada." With Elizabeth Clausen.
Presented at the Annual Meeting of the Western Political Science Association, Las
Vegas, NV, March 2007.

"The Impact of Electoral Competitiveness on Voters's Attitudes Toward Government:
Evidence from the U.S., Great Britain, and Canada."  With Elizabeth Clausen
Presented at the Annual Meeting of the Midwestern Political Science Association,
Chicago IL, April 2007.

"Time to Deliberate: Factors Affecting the Length of Jury Deliberations" With Chetan
Dave and Nicolas Morgan.  Presented at the Annual Conference on Empirical Legal
Studies, New York Law School, November 2007.

"Move to the Center or Mobilize the Base? Effects of Political Competition, Voter

13

Turnout, and Partisan Loyalties on the Ideological Convergence of Vote-Maximizing Candidates in Two-Party Competition." With Bernard Grofman, Sam Merrill, and Jim Adams. Presented at the Annual Meeting of the American Political Science Association, Philadelphia, PA August 30 - September 3, 2006.

"Rethinking Redistricting: How Drawing Districts Packed with Partisans Improves Representation and Attitudes Towards Congress." Presented at the Annual Meeting of the American Political Science Association, Washington, DC, September 1-4, 2005.

"Evaluating the Political Effects of Partisan Gerrymandering." With Bernard Grofman. Presented at the Annual Meeting of the American Political Science Association, Washington, DC, September 1-4, 2005.

"The Impact of Primary Type on Competitiveness of U.S. Congressional Primary Elections." Presented at the Annual Meeting of the American Political Science Association, Chicago, IL, September 1-5, 2004.

"The Relationship Between Descriptive Representation of African Americans in Congress and Attitudes Toward Government." With Rachel Cremona and Chris Anderson, presented at The Annual Meeting of the Midwestern Political Science Association, Chicago, IL, April 14-17, 2004.

"Do National Tides Affect Governors?: Midterm Loss in Gubernatorial Elections ." With Robin Best, presented at The Annual Meeting of the Midwestern Political Science Association, Chicago, IL, April 14-17, 2004.

"The Relationship Between Parties and Interest Groups: Explaining Interest Group Donations." Presented at the Annual Meeting of the American Political Science Association, Boston, MA August 26-September 1, 2002.

"The Entrance of Women into the U.S. Congress: The Widow Effect." with Lisa Solowiej. Presented at the Annual Meeting of the Southern Political Science Association. Atlanta, GA November 7-10, 2001.

"Before Election Day: The Effect of Timing of Elections in U.S. Presidential and Congressional Elections." Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA August 30-September 2, 2001.

"Ideological Swing Districts in the U.S. House of Representatives," with A.J. Quackenbush. Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA August 30-September 2, 2001.

"The Effect of District Diversity on Party Loyalty Voting in the U.S. Congress." Presented at the Annual Meeting of the Western Political Science Association, Las Vegas, March 15-17, 2001.

14

"Explaining the Proportion of Split House-President Outcomes, 1900-1996," with Bernard Grofman and Samuel Merrill. Presented at the Annual Meeting of the Public Choice Society, San Antonio, Texas, March 9-11, 2001.

"Congress and the Courts: The Strange Case of the Census." Florida International University, Miami, Florida. April 7-9, 2000. Conference on Congress and the Courts.

"The Link Between Primary Type and Representation in the U.S. Senate." Presented at the 1999 Annual Meeting of the American Political Science Association, Atlanta GA.

"The Power of Ideologically Concentrated Electorates." Presented at the 1997 Annual Meeting of the American Political Science Association, Washington D.C, August 28-31.

"Rethinking the Link Between District Diversity and Electoral Competitiveness." Presented at the 1997 Annual Meeting of the American Political Science Association, Washington D.C, August 28-31.

"Comparing Electoral Competition, Responsiveness, and Change in the House and Senate: The Senate Really is Different." Presented at the 1997 Annual Meeting of the Southwestern Social Science Association, New Orleans, March 26-30.

"Explaining the Ideological Differences Between the Two U.S. Senators Elected from the Same State: An Institutional Effects Model," with Bernard Grofman. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"The Power of Concentrated Ideological Minorities," with Bernard Grofman and William Koetzle. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"Why Do Voters Split Their Tickets? A Comparative Midpoints Approach," with Bernard Grofman, Michael McDonald, and William Koetzle. Presented at the 1997 Annual Meeting of the Public Choice Society, San Francisco, March 21-23.

"Explaining Divided Senate Delegations 1788-1994, A Realignment Approach." Presented at the 1996 Annual Meeting of the American Political Science Association, San Francisco, August 28 - September 1, 1996.

"Toward a Realignment-Based Theory of Divided Senate Delegations" presented at 1995 Western Political Science Association Meeting, San Francisco, March 1996. And at the 1996 Annual Meeting of the Public Choice Society, Houston, Texas, April 1996.

"Split-ticket Voting and Divided Government" with Bernard Grofman, Michael McDonald, and William Koetzle. Presented at the Conference on Strategy & Politics, Center for the Study of Collective Choice, University of Maryland, April 14, 1996.

"Comparing Midterm Elections in the U.S. House and Senate," with William Koetzle and

15

Bernard Grofman. Presented at the 1996 Annual Meeting of the Public Choice Society, Houston, Texas, April, 1996.

"Explaining Seat Change in the United States Senate, 1922-1994," with William Koetzle. Presented at the 1995 Midwestern Political Science Association Annual Meeting in Chicago, Illinois, April 1995.

"Lip-Reading, Draft-Dodging, and Perot-noia: The 1992 Presidential Campaign in Editorial Cartoons," with William Koetzle. Presented at the 1994 Western Political Science Association Annual Meeting in Albuquerque, New Mexico, March 1994.

**Teaching Experience**
Introduction to U.S. and Texas Government
Political Parties and Interest Groups
American Political Institutions
Race and Redistricting
Congress
Campaigns and Elections
Statistics
Computer Based Research in Social Science
Graduate seminar in American Politics
Graduate seminar in Electoral Systems
Graduate seminar in American Political Institutions
Graduate seminar in Comparative Institutions
Graduate seminar in Election Law and Electoral Systems

**Service & Professional Activities**
2013-14 Executive Committee, Political Science, UT Dallas

2010-2012 Senior Associate Dean, in charge of graduate studies for the School of Economic, Political, and Policy Sciences.

2007-2010 Associate Program Head and Director of Graduate Studies, Political Science, UT Dallas.

2005-2007 Executive Committee, Political Science, UT Dallas.

2006 American Politics search committee, UT Dallas.

2003-2005 Faculty Senate, Northern Arizona University.

2000-2001 Faculty Senate, Binghamton University.

2000-2001 Graduate Committee, Department of Political Science, Binghamton University.

2000-2001 American Politics Search Committee, Binghamton University.

1999-2000 American Politics Search Committee, Binghamton University.

1999-2000 Graduate Committee, Department of Political Science, Binghamton University.

Reviewer, National Science Foundation, American Political Science Review, American Journal of Political Science, Journal of Politics, Legislative Studies Quarterly, Journal of Theoretical Politics, American Politics Review, National Science Foundation, Public Choice, Political Research Quarterly, Electoral Studies, British Journal of Political Science, Journal of European Public Policy, European Journal of Political Research, and Party Politics.

**Ph.D Students**
Patrick Muenks, faculty at UT System
Misty Parker, faculty at Del Mar College
Paul Collins, faculty at University of Massachusetts, Amherst
Billy Monroe, faculty at Stephen F. Austin State College
Walt Borges, faculty at UNT Dallas
David Smith
Whitney Manzo, faculty at Meredith College
Adrianna Smith

**Redistricting and Litigation Experience**
Texas Congressional, 2001, testified in state court
Pennsylvania Congressional, 2002, testified in state and federal court
Alabama Congressional, 2002, testified in federal court
Alaska State Legislative, 2002 testified in state court
Virginia State Legislative (wrote a report but did not testify), 2001
Nevada State Legislative (Guy v. Miller), 2011 testified in state court
New Mexico State Legislative (Egolf v. Duran), 2011 testified in state court
Colorado Congressional (Moreno v. Gessler), 2011
South Carolina Congressional (Backus v. South Carolina), 2012 testified in federal court
North Carolina Congressional and Legislative (Dickson v. Rucho), 2012
Florida Congressional (Romo v. Detzner)
Alabama Legislative (ALBC v. Alabama), 2013 testified in federal court
South Dakota Voting Rights Act case (Brooks et al. v. Gant et al.), 2014
Galveston County Texas (Petteway et al. v. Galveston County), 2016
Kern County Districting (Luna v. County of Kern), 2017
Ohio Congressional (Ohio A. Philip Randolph Institute v. Smith), 2018
Michigan Congressional (League of Women Voters Michigan v. Johnson), 2018
Florida Signature Matching (DNC Servs. Corp., v. Lee), 2019
North Carolina Congressional (Common Cause v. Lews), 2019
Oregon Congressional (Clarno et al v. Fagan), 2021
Maryland Congressional (Parrot v. Lamone), 2022

Arkansas Absentee Ballot (League of Women Voters of Arkansas v. Thurston), 2023
Mississippi State Legislative Redistricting (Mississippi NAACP v. State Board of Election Commissioners), 2024
California Congressional (Tangipa v. Newsome), 2025
Florida Ballot Initiative Qualification (Florida Decides Healthcare et al v. Cord Byrd et al), 2026

18