# EXHIBIT 11

Declaration of Billy Anderson

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| VOICE of the EXPERIENCED, *on behalf of itself and its members*; POWER COALITION for EQUITY and JUSTICE, *on behalf of itself and its members*; and LEAGUE of WOMEN VOTERS of LOUISIANA, *on behalf of itself and its members*; <br><br> *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, *in her official capacity as Secretary of State of Louisiana*, <br><br> *Defendant*. | Civil No. 3:23-cv-00331-JWD-SDJ |

**DECLARATION OF BILLY ANDERSON IN SUPPORT OF
PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Billy Anderson, declare as follows:

1.    I am competent to make this declaration.

2.    I am a native of Shreveport, Louisiana and continue to live in Louisiana.

3.    I served as the North Louisiana Organizer for the Power Coalition for Equity and Justice ("Power Coalition" or "PCEJ") for more than four years.

4.    Power Coalition is a nonpartisan, nonprofit statewide civic engagement table in Louisiana that works to build grassroots power, advocate for community-centered policies, and increase voter participation.

5.    In my role as Power Coalition's North Louisiana Organizer, I worked to register and actively engage voters to participate in local, statewide, and federal elections. I was part of Power Coalition's Get Out The Vote ("GOTV") canvassing efforts, which in 2024, resulted in the

1

Power Coalition, its members, and volunteers attempting to contact Louisiana voters over 1.8 million times.

6.    Power Coalition accomplishes its voter engagement work through many methods of contacting potential voters. Power Coalition knocks on hundreds of thousands of doors, makes phone calls, sends text messages, hosts voter registration drives, and coordinates rides to the polls.

7.    Power Coalition is focused on turning out Louisiana's marginalized communities to vote, including Black Louisianans and eligible Louisianans with past felony convictions.

8.    As a trusted resource in the community, Power Coalition organizers and canvassers often got questions from voter registrants with felony convictions while making phone calls, knocking doors, etc.

9.    For example, a canvasser may knock on the door of an infrequent voter, but the door may be answered by someone else in their household and that individual has a felony conviction. Or a volunteer may be calling an infrequent voter, and that individual asks the volunteer about how their friend who has a felony conviction can get registered.

10.    Because Power Coalition organizers often encounter individuals with prior felony convictions, the team included information on whether and how they can register to vote in our phone call scripts, mass texting communications, and in scripts for our organizers doing door-to-door canvassing. Attached as Attachment A is the call and texting script used by PCEJ organizers. *See* Attachment A.

11.    While I was serving as the North Louisiana Organizer, Power Coalition included information on how people with felony convictions are able to register to vote in all our volunteer trainings, which occur weekly. Every Power Coalition volunteer and organizer working on civic

2

engagement is trained on Louisiana's process for registering voters with felony convictions and how they can assist people in the process.

12.     Power Coalition canvasses year-round. In my experience leading and participating in Power Coalition's GOTV efforts, we most frequently encountered individuals with felony convictions while canvassing door-to-door.  That's because, in part, the person answering the door may not necessarily be the person we were looking to talk to, but may themselves have questions about registering, especially if they have a felony conviction. There could be multiple people who live in the house who could have a conviction and need our assistance. And we also encountered people in the neighborhood, where we canvassed, and they were someone with a felony conviction interested in registering.

13.     In the peak of our canvassing efforts as elections were approaching, an organizer like me would likely interact with an individual with a prior felony conviction around once per week.

14.     Other organizers at Power Coalition reported to me that they see similar rates of individuals with felony convictions seeking to register when they canvassed in other parts of Louisiana.

15.     When I interacted with potential voters who have felony convictions, they often believed they could not vote because of their past felony convictions. This misconception seems widespread and affects many people who are eligible to register and vote.

16.     When I met an individual who has a prior felony conviction or someone living in a household with someone that has a felony conviction while canvassing, I would explain the changes to Louisiana's law made in recent years that make more people eligible to vote, if certain conditions were met. I would also explain the law on who is eligible to vote in Louisiana after a

3

felony conviction and worked with the individual to find out if they or the person in their household were eligible.

17.    If the person I spoke to seemed like they were eligible to vote, I would explain the process of having to get additional paperwork from the probation and parole office in order to register to vote. Because we observed registrars requiring all people with felony convictions to get paperwork from the probation office, I advised everyone to get a Voting Rights Certification form from the probation office.

18.    After conversations with potential voters with felony convictions, I left them resources, like Power Coalition's one-pager or door hangers, both of which have information about the process of registering to vote after a felony conviction. Attached as Attachment B and Attachment C are the door hanger and one pager used by PCEJ organizers. *See* Attachments B and C.

19.    When canvassing an individual who has a felony conviction, our interaction would normally take three times longer to complete than for a voter without a felony conviction. A normal interaction with a potential voter takes approximately three minutes. On average, it takes five to seven minutes to interact with an individual who has a felony conviction, whether that is done out in the community or part of regular voter engagement. This additional time spent with a potential voter necessarily limited the number of other doors we could knock, calls we could make, or texts we could send to other Louisiana voters.

20.    It took longer to canvass a potential voter with a felony conviction because it took a lot of time to explain Louisiana law, explain the process of determining eligibility and help them figure out whether they are eligible, explain the paperwork required from a probation and parole office, and to help them get in contact with the probation a parole office to get that paperwork.

4

21.    We also encountered voters who were confused about the process, including whether they had to provide additional documentation for registration, and spent time answering questions about obtaining the VRC and complying with the Paperwork Requirement.

22.    When I talked to potential voters about the requirement for them to get the paperwork from their probation and parole office, I often heard that transportation to the office can be a burden. Often these people don't have a car to drive to the probation office and need assistance in getting there, whether from Power Coalition, VOTE, or a friend or family member.

23.    I and other organizers for Power Coalition sometimes offered to contact probation and parole offices when individuals said it was hard for them to go in-person to the office. We would let the office know that an individual was trying to get in contact with them about the VRC and provide their contact information, but in the vast majority of times, the probation and parole office never followed up.

24.    Because it can be difficult for individuals to get to the probation and parole office on a whim, we have tried setting up a table outside of probation offices to interact with people on probation and parole when they otherwise must go to the office. We brought information on voter registration and told them how to get paperwork from the office needed to register.

25.    Because of the Paperwork Requirement, the time I and other organizers for Power Coalition spent with voters explaining this process to them, it took time away from our other organizing priorities, including work with other potential voter registration applicants.

I declare under penalty of perjury that the foregoing is true and correct. This

Declaration was executed on July 22, 2026.

Signed by:

*Billy Anderson*

08CA2E0F5A88466...

Billy Anderson

6

# ATTACHMENT A

Hi, this is _____, and I'm with the Power Coalition for Equity and Justice. We are reaching out today to ask you a couple of quick questions that could be really important to the future of your community and our state.

Do you need to update your voter registration information?
    {Yes}
Please visit our website, powercoalition.org/vote to register!

    {No, I'm ineligible because I'm formerly incarcerated.}
In Louisiana, if a person is not currently serving time in prison, including if they are currently on probation or parole, they can exercise the right to vote no matter what their prior conviction is. YES, FORMERLY INCARCERATED PEOPLE CAN VOTE!

    Since March 1, 2019 any Louisianian who: 1.) is off probation or parole; OR 2.) has been on parole for 5 or more years; OR 3.) is currently on probation can vote.

    {No}
Okay! We hope that means your information is updated already!

Do you have a detailed voting plan?
    {yes}
    {no} {NO REPLY} No problem. We've got everything you need on our website. Just visit powercoalition.org to see election dates, find your polling place, learn whether you're eligible to vote by mail, and view sample ballots. Election Day is Saturday, October 14. Early voting is open from Saturday, September 30, through Saturday, October 7 except on Sundays. Please make sure to get out and vote.

Early Voting begins this Saturday, September 30, through Saturday, October 7, except on Sundays. Polls will be open from 8:30 a.m. - 6:00 p.m.
Are you planning to vote early this year?
    {Yes}
    {no}

Would you like a sample ballot?
    {Yes} You can visit powercoalition.org/sampleballots
    {NO REPLY} I understand. But please make sure you vote on Election Day, which is October 14, or vote by mail. We recently won a federal lawsuit that added five Covid-related reasons people can use to vote by mail, and you can find out if you're eligible at powercoalition.org.

PL4444

Do you need a ride to the polls?
        {REPLY} ttps://powercoalition.org/powerrides/

Would you like to be added to our email list to receive information of work being done through Power Coalition?

I hope you're excited to make your voice heard and your power felt this year. Thank you for your time and have a great day!

## TEXT Scripts

Hi this is {texterAliasOrFirstName}, with Power Coalition! In Louisiana, we have primary elections on Oct. 14th! Do you need to update your voter registration information? Reply Stop to OPT Out

        {Yes}
Please visit our website, powercoalition.org/vote to register!

        {No, I'm ineligible because I'm formerly incarcerated.}
In Louisiana, if a person is not currently serving time in prison, including if they are currently on probation or parole, they can exercise the right to vote no matter what their prior conviction is. YES, FORMERLY INCARCERATED PEOPLE CAN VOTE!

Since March 1, 2019 any Louisianian who: 1.) is off probation or parole; OR 2.) has been on parole for 5 or more years; OR 3.) is currently on probation can vote.

        {No}
Okay! We hope that means your information is updated already!

Hi this is {texterAliasOrFirstName}, with Power Coalition! In Louisiana, we have primary elections on Oct. 14th! Early Voting is from Sept. 30th through Oct. 7th. Are you planning to early vote this year? Reply Stop to OPT Out

{yes} Great! You can now vote early from Saturday,September 30, through Saturday, October 7, except on Sundays. Polls will be open from 8:30 a.m. - 6:00 p.m.

Would you like a sample ballot?
You can visit powercoalition.org/sampleballots

PL4445

{NO REPLY} I understand. But please make sure you vote on Election Day, which is October 14, or vote by mail. We recently won a federal lawsuit that added five Covid-related reasons people can use to vote by mail, and you can find out if you're eligible at powercoalition.org.

{NO REPLY} No problem. We've got everything you need on our website. Just visit powercoalition.org to see election dates, find your polling place, learn whether you're eligible to vote by mail, and view sample ballots. Election Day is Saturday, October 14. Early voting is open from Saturday, September 30, through Saturday, October 7 except on Sundays. Please make sure to get out and vote.

Would you like to be added to our email list to receive information of work being done through Power Coalition?

I hope you're excited to make your voice heard and your power felt this year. Thank you for your time and have a great day!

**PL4446**

# ATTACHMENT B

# Power Voters:
## Formerly Incarcerated Persons



 ## Can Formerly Incarcerated People Vote?

### YES! Formerly Incarcerated People Can Vote!

In Louisiana, if a person is not currently serving time in prison, including if they are currently on probation or parole, they can exercise the right to vote no matter what their prior conviction is. Since March 1, 2019 any Louisianian who:

1. is off probation or parole; OR
2. has been on parole for 5 or more years; OR
3. is currently on probation **can vote.**

### What are the rules on those with felony convictions registering and voting in Louisiana?

➔ Those who are currently awaiting trial in jail and not yet been convicted, are eligible to register and vote.

➔ Louisiana does allow returning citizens who are no longer incarcerated, with or without parole or probation, to vote *provided they have been out of prison for more than five years. They are eligible to register to vote after reaching a five year period.*

## An informed voter is a Power Voter. Get informed.
## PowerCoalition.org/Vote





### How Does a Formerly Incarcerated Person Register to Vote?

**In order to register to vote,** a formerly incarcerated person who was registerd to vote prior to being incarcerated will need:

➔ A voter eligibility form (obtained from your local probation and parole office)

➔ A completed voter registration form

➔ a valid identification card (ID)

Bring your certificate and voter registration form to your local parish Registrar's office OR you can register online and bring in the certificate, or fill out a voter registration form at the same time you bring the certificate to the parish Registrar of Voters.

*Note: If you've never registered before and have a Driver's License you can register to vote online.*

| Register to Vote Online | Find Your Parish Registrar of Voters |
|---|---|
|  |  |
| **pcej.org/RegisterToVote** | **pcej.org/Registrar** |

### What is the last day to register to vote?

For this upcoming election,
**30 Days Prior to the Election** is the last day to register to vote by mail,

**20 Days Prior to the Election** is the last day to register online.

PL68496

## How can I find my polling location?

Once you have registered to vote the Secretary of State should send you a postcard with confirmation of your registration. You can go to the Secretary of State website to identify your polling location. It is important to note that during early voting you can vote at any of the early voting locations, which you can find at **pcej.org/Polling**. Additionally, you can vote at your parish registrars office. An early vote is an easy vote!

## Find Election Dates & Mark Your Calendar



**PowerCoalition.org/Vote**

# Power Voter Shortcuts

### Learn More About Being a Power Voter



**PowerCoalition.org/Vote**

### Register to Vote Online



**pcej.org/RegistertoVote**

### Download a Mail-In Application



**pcej.org/Mail-InApp**

### Find Your Registrar of Voters Office



**pcej.org/Registrar**

### Learn About Voting by Mail



**pcej.org/VBM**

### Find Your Polling Location



**pcej.org/Polling**





 PowerCoalition
 @PowerCoEJ
@PowerCoEJ

PL68497

# ATTACHMENT C

**Your VOTE matters.  You have POWER.**

## 🗳 Can Formerly Incarcerated People Vote?

**YES! Formerly Incarcerated People Can Vote!**

In Louisiana, if a person is not currently serving time in prison, including if they are currently on probation or parole, they can exercise the right to vote no matter what their prior conviction is. Since March 1, 2019 any Louisianian who:

1. is off probation or parole; OR
2. has been on parole for 5 or more years; OR
3. is currently on probation **can vote.**

### What are the rules on those with felony convictions registering and voting in Louisiana?

➡ Those who are currently awaiting trial in jail and not yet been convicted, are eligible to register and vote.

➡ Louisiana does allow returning citizens who are no longer incarcerated, with or without parole or probation, to vote *provided they have been out of prison for more than five years. They are eligible to register* to vote after reaching a five year period.

### 🖥 How Does a Formerly Incarcerated Person Register to Vote?

**In order to register to vote,**

a formerly incarcerated person who was registerd to vote prior to being incarcerated will need:

➡ A voter eligibility form (obtained from your local probation and parole office)

➡ A completed voter registration form

➡ a valid identification card (ID)

Bring your certificate and voter registration form to your local parish Registrar's office OR you can register online and bring in the certificate, or fill out a voter registration form at the same time you bring the certificate to the parish Registrar of Voters.

Note: If you've never registered before and have a Driver's License you can register to vote online.

**Find  Your Parish Registrar of Voters:**
**PCEJ.org/Registrar**

PL68494